Michael R. Crosner (Bar No. 41299)
Zachary M. Crosner (Bar No. 272295)
David Watson (Bar No. 219705)
**CROSNER LEGAL, PC**
433 N. Camden Dr., Ste. 400
Beverly Hills, CA 90210
Tel: (310) 496-5818 / Fax: (310) 510-6429
mike@crosnerlegal.com / zach@crosnerlegal.com / david@crosnerlegal.com

Attorneys for Plaintiff Daniel M. Tamez, on behalf of himself and all others similarly situated

Elizabeth A. Skane, Esq. (SBN 187752)
Joel P. Glaser, Esq. (SBN 194442)
SKANE WILCOX LLP
1230 Columbia Street, Suite 800
San Diego, CA 92101
T: (619) 702-1635 / F: (619) 702-1645
eskane@skanewilcox.com / jglaser@skanewilcox.com

Attorneys for Defendant, QC MANUFACTURING, INC.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL M. TAMEZ, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>QC MANUFACTURING, INC., a California corporation; ADP SCREENING AND SELECTION SERVICES, INC., a Colorado corporation; and DOES 1 through 10, inclusive.<br><br>Defendants. | Case No.: 5:18-CV-01592-JVS-KK<br><br>**ORDER OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLAIMS AND WITHOUT PREJUDICE AS TO ANY PROPOSED CLASS CLAIMS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | The Court, having considered the Joint Stipulation for Dismissal of Action With Prejudice |
| 3 | pursuant to Rule 41(a)(1)(A)(ii) jointly filed by the Parties herein, finds that stipulate and jointly |
| 4 | request that this Court enter a dismissal with prejudice of the above-entitled action as to Plaintiff's |
| 5 | individual claims and dismissal without prejudice as to any proposed class claims. Each party |
| 6 | shall bear his or its own costs and attorneys' fees. |

**IT IS SO ORDERED.**

DATED: June 28, 2019

_____
HON. JAMES V. SELNA
United States District Court